# EXHIBIT A

IN THE SUPERIOR COURT OF CAMDEN COUNTY
STATE OF GEORGIA

D███ C. H█████, a minor child,                    *
by Next Friend Joseph C. Hayes;                   *    CIVIL ACTION FILE
as well as JOSEPH C. HAYES, and                   *
GAYL HAYES, his parents                           *
                                                  *
        Plaintiffs,                               *
vs.                                               *
                                                  *
CARLOS G. JONES, JR. AND                          *         **11\1600**
CAMDEN COUNTY SCHOOL DISTRICT                     *    NO._____
                                                  *
        Defendants.                               *
                                                  *

## SUMMONS

**TO THE NAMED DEFENDANT:**

> Camden County School District
> c/o Dr. William Harden
> 311 South East Street
> Kingsland, GA 31548

You are hereby summoned and required to file with the Clerk of said
Court and serve upon the Plaintiff's attorney, whose name and
address is:

> **EDWARD W. CLARY**
> Post Office Box 5549
> St. Marys, Georgia 31558

an answer to the Complaint which is herewith served upon you,
within 30 days after service of this summons upon you, exclusive of
the day of service. If you fail to do so, judgment by default will
be taken against you for the relief demanded in the Complaint.

This ___27___ day of ___Oct.___ 2011.

Clerk of Superior Court

BY _____
        DEPUTY CLERK

CAMDEN SUPERIOR COURT, GEORGIA

| | |
|---|---|
| ████ C. H████, a minor child,<br>By Next Friend Joseph C. Hayes,<br>As well as JOSEPH C. HAYES and<br>GAYL HAYES, his parents,<br><br>    Plaintiffs,<br><br>v.<br><br>CARLOS G. JONES, JR., and<br>CAMDEN COUNTY SCHOOL<br>DISTRICT,<br><br>    Defendants. | )<br>)  CIVIL ACTION FILE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  NO. _____ **11\1800**<br>)<br>) |

## COMPLAINT

NOW COME, the Plaintiffs in the above styled action and file this

their complaint, showing unto the Court the following, to-wit:

### I.    JURISDICTION and VENUE

1.

████ H████ is the 17 year old minor child of Joseph and Gayl Hayes,

all residents of Camden County, Georgia, and are therefore subject to the

jurisdiction and venue of this court.

STATE OF GEORGIA
CAMDEN SUPERIOR COURT

Filed 10|27|11 at 2:04 P.M

_Signature_ Deputy Clerk

2.

Carlos G. Jones, Jr., is a resident of Camden County, Georgia,

teaching shop classes at Camden County High School, Camden County,

Georgia, and is subject to the jurisdiction and venue of this court.

3.

The Camden County School District, Camden County, Georgia, is operated by the Camden County Board of Education, and is subject to the jurisdiction and venue of this court.

4.

The Defendants above named are subject to the jurisdiction and venue of this court pursuant to the provisions of the Constitution of the State of Georgia, as amended, the United States Constitution, as amended, and the provisions of 42 United States Code Section 1983, hereinafter called "42 USC Section 1983", which is concurrently applicable in the United States District Courts, to include the U.S. District Court for the Southern District of Georgia, Brunswick Division, as well as the Superior Court of Camden County, State of Georgia.

5.

The Defendants owed a duty to provide a safe and secure learning environment for Plaintiff D████ C. H████, the minor child of Plaintiffs Joseph and Gayl Hayes, and as shall be herein below they failed in that duty causing severe injury to said child.

-2-

## II. STATEMENT OF FACTS

### 6.

On the 29th day of October 2009. D█████ H█████, hereinafter called "D███", was a 15 year old Sophomore student attending **Camden County High School, hereinafter called "CCHS"**, located in Camden County, Georgia.

### 7.

On said day, while a student attending his shop class at CCHS, he was working on a welding project when his welder cease to function.

### 8.

When he brought this fact to the attention of his instructor Defendant Carlos G. Jones, Jr., hereinafter called "Mr. Jones", he was told to climb a 20 foot tall ladder, and switch the power back on for the welder.

### 9.

Obedient to the instructions from Mr. Jones, his shop teacher, D████ placed the ladder against the wall, climbed up the ladder to switch the power back on.

-3-

10.

Defendant Jones, failed to assign any other student to hold the bottom of the ladder while D█████ climbed up to carry out Defendant Jones' instructions.

11.

As a direct result of no one being at the bottom to hold the ladder steady, it moved causing D███ to fall 20 feet and striking the concrete floor of the shop classroom.

12.

Plaintiff D███ sustained various injuries as a direct result of said fall.

## III.   LIABILITY

13.

Defendants had a duty to provide a safe learning environment for Plaintiff D███, but they violated and breached that obligation on the 29th day of October 2009.

14.

Defendant Camden County School District, hereinafter called the "District", failed in its duty, working through the Camden County Board of Education and its duly hired Superintendent of Schools Dr. William C.

-4-

Hardin, to properly train and supervise Defendant Jones in the performance of his duties as a shop teacher, to especially emphasize the need to maintain a safe and secure environment for students in shop class and vocational arts training.

15.

Defendant District failed in this duty to maintain a safe and secure environment for the students in shop class. to include Plaintiff D█

16.

Defendants were clearly acting under color of state law at the time that they breached a duty of maintaining a safe and secure environment for students, to include Plaintiff Drew, at CCHS.

## IV.   DAMAGES

## COUNT ONE

17.

Plaintiffs Joseph C. Hayes and Gayl Hayes are the parents of Plaintiff D█ H█, a minor child.

18.

Plaintiffs Joseph C. Hayes and Gayl Hayes have been damaged by loss of services from Plaintiff D█ H█ as a direct result of the injuries

-5-

sustained by said child on the 29ᵗʰ day of October 2009.

## 19.

Defendants are liable to Plaintiffs Joseph C. Hayes and Gayl Hayes for loss of services from their minor child Plaintiff D█████ H████, in an amount deemed just and proper by fair and impartial jurors, but not less than Ten Thousand Dollars ($10,000.00).

## COUNT TWO

## 20.

Plaintiffs Joseph C. Hayes and Gayl Hayes have further incurred several thousand dollars in medical expenses on behalf of the treatment rendered their child as a result of the injuries he sustained on 29 October 2009.

## 21.

Defendant are liable to Plaintiffs Joseph C. Hayes and Gayl Hayes for all medical expenses incurred for the treatment of their minor child D█████ H████ as a result of the injuries he received on 29 October 2009.

## COUNT THREE

## 22.

Plaintiff D█████ H████ sustained various injuries as a direct result of

-6-

his fall of some 20 feet to the concrete floor of the CCHS shop class on 29

October 2009.

**23.**

Plaintiff D█████ has experienced pain and suffering as a direct result

of said injuries, pain both past and present.

24.

Plaintiff D█████ faces the possibility of continued pain into the future

as a direct result of the injuries he sustained in his fall of 29 October 2009.

25.

Defendants are liable to Plaintiff D█████ for his pain and suffering

as set forth hereinabove, in an amount deemed just and proper by fair

and impartial jurors, but not less than One Hundred Thousand Dollars

($100,000.00).

## COUNT FOUR

26.

Plaintiffs, pursuant to 42 U.S.C. Section 1988, seek all reasonable

attorney fees from the Defendants.

-7-

WHEREFORE, Plaintiffs pray:

(a)     That process issue in terms of law;

(b)     That Plaintiffs Joseph C. Hayes and Gayl Hayes have and
        Recover from Defendants for their loss of services an amount
        deemed just and proper by fair and impartial jurors, but not less
        than $10,000.00;

©       That Plaintiffs Joseph C. Hayes and Gayl Hayes have and
        Recover from the Defendants for the medical bills they have
        incurred in providing medical treatment for their minor child
        Plaintiff D█ H█.

(d)     That Plaintiff D█ H█ recover from Defendants, for his
        pain and suffering, past, present and future, an amount deemed
        just and proper by fair and impartial jurors, but not less than
        $100,000.00;

(e)     That Plaintiffs have and recover, pursuant to 42 USC Section
        1988, all reasonable attorney fees from the Defendants;

(f)     That Plaintiffs have trial by jury as to all issues properly
        submitted to jurors;

(g)     For such other and additional relief as this Court may deem just
        and proper under the facts of this case.

This the 27th day of October 2011.

Respectfully Submitted,

Edward W. Clary
Attorney for Plaintiffs
Georgia Bar No. 129050

PO Box 5549
St. Marys, GA 31558
Phone: (912) 673-7266
Fax:    (912) 673-7204
Email: lawyers@tds.net

-8-

IN THE SUPERIOR COURT OF CAMDEN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| D____ C. H____, a minor child, | *  Case No. 11V1600 |
| By Next Friend Joseph C. Hayes; | * |
| as well as JOSEPH C. HAYES, and | * |
| GAYL HAYES, his parents | * |
| | * |
|    Plaintiffs, | * |
| v. | * |
| | * |
| CARLOS G. JONES JR. AND | * |
| CAMDEN COUNTY SCHOOL DISTRICT | * |
| | * |
|    Defendants. | * |
| | * |

### PLAINTIFFS' EXTENSION OF TIME TO
### DEFENDANTS TO FILE DEFENSIVE PLEADINGS

**NOW COME**, the Plaintiffs in the above styled action, by and through their Counsel of Record, and do hereby grant the Defendants Ninety (90) days in which to file all defensive pleadings in the above styled action.

This the 29th day of November 2011.

Edward W. Clary
Attorney for Plaintiffs
Georgia Bar No. 129050

Post Office Box 5549
St. Marys, Georgia 31558
Phone:  (912) 673-7266
Phone:  (912) 673-6862
Fax:    (912) 673-7204
E-Mail:  lawyers@tds.net

STATE OF GEORGIA
COUNTY OF CAMDEN


### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Plaintiffs' Extension of Time to Defendants to File Defensive Pleadings was sent by U.S. Mail with proper postage prepaid affixed thereon to:

Camden County School District
c/o Dr. William Harden
311 South East Street
Kingsland, GA 31548

Carlos G. Jones, Jr.
Camden County High School
6300 Laurel Island PWY
Kingsland, GA 31548

This 29th day of November 2011.

Edward W. Clary
Attorney for Plaintiffs
Georgia Bar No. 129050


Post Office Box 5549
St. Marys, Georgia 31558
Phone:  (912) 673-7266
Fax:    (912) 673-7204
E-Mail: lawyers@tds.net