AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

D.C.H., a minor child by next friend
Joseph C. Hayes, JOSEPH C. HAYES,
and GAYL HAYES

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV212-066

CARLOS G. JONES, JR. and
CAMDEN COUNTY SCHOOL DISTRICT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 7th day of March 2013, granting Defendants' Motion to Dismiss, judgment is hereby entered dismissing Plaintiffs' amended complaint. This case stands closed.

Approved by: _____

Date: March 8, 2013

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk

GAS Rev 10/1/03